AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Johnson, Kimberly C. Priest | 2. Court or Organization<br><br>U.S District Court for the Eastern District of Texas | 3. Date of Report<br><br>05/15/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (FT) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>to<br>12/31/2019 |

**7. Chambers or Office Address**

United States Federal Courthouse
7940 Preston Road
Plano, TX 75024

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Bench Bar Planning Committee | Eastern District of Texas Bar Association |
| 2. Adjunct Faculty | SMU Dedman School of Law |
| 3. Board of Directors | Reclaim611 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | SMU Dedman School of Law | $2,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Self-employed (attorney) |
| 2. 2019 | SMU Dedman School of Law |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | LegalTech | January 29-30, 2019 | New York, NY | Conference Speaker | Transportation, meals, lodging |
| 2. | Exterro | September 10-12, 2019 | Portland, OR | Conference Speaker | Transportation, meals, lodging |
| 3. | Women in E-Discovery | September 26, 2019 | Houston, TX | Conference Speaker | Transportation, meals |
| 4. | Electronic Discovery Institute | October 14-17, 2019 | Lake Tahoe, UT | Conference Speaker | Transportation, meals, lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wells Fargo | line of credit | L |
| 2. Wells Fargo | capital loan | M |
| 3. First United Bank | line of credit | M |
| 4. Citibank | credit card | K |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INDIVIDUAL HOLDINGS (H) | | | | | | | | | |
| 2. CHASE BANK (cash) | A | Interest | K | T | | | | | |
| 3. BBVA COMPASS (cash) | A | Interest | L | T | | | | | |
| 4. RENTAL PROPERTY, TIGERTOWN, TX (1/5 INTEREST) | A | Rent | K | W | | | | | |
| 5. IRA #1 (H) | | | | | | | | | |
| 6. GQG PARTNERS EMERGING MARKETS EQUITY FUND INST CLASS N/L (GQGIX) | | None | J | T | Buy | 06/13/19 | J | | |
| 7. BROWN ADVISORY GROWTH EQUITY FUND INVESTOR SHARES N/L (BIAGX) | A | Dividend | J | T | Sold (part) | 02/15/19 | J | | |
| 8. | | | | | Buy (add'l) | 06/12/19 | J | | |
| 9. EUROPACIFIC GROWTH FUND CLASS F2 - AMERICAN FUNDS N/L (AEPFX) | A | Dividend | J | T | Sold (part) | 11/20/19 | J | | |
| 10. JOHN HANCOCK DISCIPLINED VALUE FUND CLASS I N/L (JVLIX) | A | Dividend | J | T | Buy (add'l) | 12/04/19 | J | | |
| 11. LAZARD EMERGING MARKETS EQUITY PORT INSTITUTIONAL SHS N/L (LZEMX) | | None | | | Sold | 06/12/19 | J | | |
| 12. CLEARBRIDGE AGGRESSIVE GROWTH FUND CLASS I N/L (SAGYX) | | None | | | Sold | 06/12/19 | J | | |
| 13. NUANCE MID CAP VAL FD (NMVLX) | A | Dividend | J | T | | | | | |
| 14. MERIDIAN GRWTH FD INV CLASS (MRIGX) | A | Dividend | J | T | Buy (add'l) | 06/12/19 | J | | |
| 15. METROPOLITAN WEST TOTAL RETURN BOND FUND CLASS I N/L (MWTIX) | A | Dividend | J | T | Buy (add'l) | 12/03/19 | J | | |
| 16. PIMCO LOW DURATION FUND CLASS 12 N/L (PLDPX) | A | Dividend | J | T | Buy | 06/13/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 17. | | | | | Buy<br>(add'l) | 11/20/19 | J | | |
| 18. VICTORY INTEGRITY SMALL CAP VALUE FUND CLASS Y N/L (VSVIX) | A | Dividend | J | T | | | | | |
| 19. ISHARES TR CORE US AGGBD ET (AGG) | A | Dividend | J | T | Sold<br>(part) | 06/13/19 | J | | |
| 20. | | | | | Sold<br>(part) | 11/20/19 | J | | |
| 21. ISHARES TR MIN VOL USA ETF (USMV) | A | Dividend | J | T | Buy<br>(add'l) | 02/07/19 | J | | |
| 22. | | | | | Sold<br>(part) | 11/20/19 | J | | |
| 23. ISHARES TR CORE MSCI EAFE (IEFA) | A | Dividend | J | T | Buy<br>(add'l) | 12/04/19 | J | | |
| 24. VANGUARD HIGH DIVIDEND YIELD ETF (VYM) | A | Dividend | J | T | Buy | 11/20/19 | J | | |
| 25. VANGUARD INDEX FUNDS S&P 500 ETF SHS NEW (VOO) | A | Dividend | J | T | Sold<br>(part) | 02/07/19 | J | | |
| 26. IRA #2 (H) | | | | | | | | | |
| 27. RAYMOND JAMES BANK DEPOSIT PROGRAM (cash) | A | Interest | K | T | | | | | |
| 28. GQG PARTNERS EMERGING MARKETS EQUITY FUND INST CLASS N/L (GQGIX) | | None | K | T | Buy | 06/13/19 | K | | |
| 29. BROWN ADVISORY GROWTH EQUITY FUND INVESTOR SHARES N/L (BIAGX) | D | Dividend | M | T | Buy<br>(add'l) | 06/12/19 | K | | |
| 30. EUROPACIFIC GROWTH FUND CLASS F2 - AMERICAN FUNDS N/L (AEPFX) | C | Dividend | L | T | Sold<br>(part) | 11/20/19 | K | | |
| 31. JOHN HANCOCK DISCIPLINED VALUE FUND CLASS I N/L (JVLIX) | D | Dividend | M | T | | | | | |
| 32. LAZARD EMERGING MARKETS EQUITY PORT INSTITUTIONAL SHS N/L (LZEMX) | | None | | | Sold | 06/12/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 33. CLEARBRIDGE AGGRESSIVE GROWTH FUND CLASS I N/L (SAGYX) | | None | | | Sold | 06/12/19 | L | | |
| 34. NUANCE MID CAP VALUE FUND (NMVLX) | C | Dividend | K | T | | | | | |
| 35. MERIDIAN GROWTH FUND (MRIGX) | D | Dividend | L | T | Buy (add'l) | 06/12/19 | K | | |
| 36. METROPOLITAN WEST TOTAL RETURN BOND FUND CLASS I N/L (MWTIX) | C | Dividend | M | T | | | | | |
| 37. PIMCO LOW DURATION FUND CLASS 12 N/L (PLDPX) | A | Dividend | L | T | Buy | 06/13/19 | K | | |
| 38. | | | | | Buy (add'l) | 11/20/19 | K | | |
| 39. VICTORY INTEGRITY SMALL CAP VALUE FUND CLASS Y N/L (VSVIX) | A | Dividend | K | T | | | | | |
| 40. ISHARES TR CORE US AGGBD ET (AGG) | C | Dividend | K | T | Sold (part) | 06/13/19 | K | | |
| 41. | | | | | Sold (part) | 11/20/19 | K | | |
| 42. ISHARES TR MIN VOL USA ETF (USMV) | B | Dividend | L | T | Sold (part) | 11/20/19 | K | | |
| 43. ISHARES TR CORE MSCI EAFE (IEFA) | B | Dividend | L | T | | | | | |
| 44. VANGUARD HIGH DIVIDEND YIELD ETF (VYM) | A | Dividend | L | T | Buy | 11/20/19 | L | | |
| 45. VANGUARD INDEX FUNDS S&P 500 ETF SHS NEW (VOO) | B | Dividend | M | T | Sold (part) | 02/07/19 | K | | |
| 46. IRA ACCOUNT #3 (H) | | | | | | | | | |
| 47. RJ FORETHOUGHT FOREACCUMULATION ANNUITY (fixed) | | None | M | T | | | | | |
| 48. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 49. | RAYMOND JAMES BANK DEPOSIT PROGRAM (cash) (Y) | | | | | | | | | |
| 50. | CHAMPLAIN MID CAP FUND (CIPMX) | A | Dividend | J | T | Sold (part) | 02/08/19 | J | | |
| 51. | | | | | | Sold (part) | 05/23/19 | J | | |
| 52. | | | | | | Buy (add'l) | 06/14/19 | J | | |
| 53. | | | | | | Sold (part) | 09/12/19 | J | | |
| 54. | AMERICAN MUTUAL FUND CLASS F2 - AMERICAN FUNDS N/L (AMRFX) | A | Dividend | J | T | Sold (part) | 02/11/19 | J | | |
| 55. | | | | | | Sold (part) | 06/24/19 | J | | |
| 56. | | | | | | Sold (part) | 09/13/19 | J | | |
| 57. | DODGE & COX INCOME FUND N/L (DODIX) | A | Dividend | J | T | Sold (part) | 02/08/19 | J | | |
| 58. | | | | | | Sold (part) | 05/23/19 | J | | |
| 59. | | | | | | Sold (part) | 09/12/19 | J | | |
| 60. | | | | | | Sold (part) | 11/19/19 | J | | |
| 61. | EUROPACIFIC GROWTH FUND CLASS F2 - AMERICAN FUNDS N/L (AEPFX) | A | Dividend | J | T | Sold (part) | 02/11/19 | J | | |
| 62. | | | | | | Sold (part) | 05/24/19 | J | | |
| 63. | | | | | | Sold (part) | 09/13/19 | J | | |
| 64. | | | | | | Sold (part) | 11/20/19 | J | | |
| 65. | CLEARBRIDGE AGGRESSIVE GROWTH FUND CLASS I N/L (SAGYX) | | None | | | Sold (part) | 02/08/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 66. | | | | | Sold (part) | 05/23/19 | J | | |
| 67. | | | | | Sold | 06/14/19 | J | | |
| 68. LOOMIS SAYLES GROWTH FUND CLASS Y N/L - NATIXIS ADVISOR (LSGRX) | A | Dividend | J | T | Sold (part) | 02/08/19 | J | | |
| 69. | | | | | Sold (part) | 05/23/19 | J | | |
| 70. | | | | | Buy (add'l) | 06/14/19 | J | | |
| 71. | | | | | Sold (part) | 09/12/19 | J | | |
| 72. METROPOLITAN WEST TOTAL RETURN BOND FUND CLASS I N/L (MWTIX) | A | Dividend | J | T | Sold (part) | 02/08/19 | J | | |
| 73. | | | | | Sold (part) | 05/23/19 | J | | |
| 74. | | | | | Sold (part) | 09/12/19 | J | | |
| 75. PIMCO LOW DURATION FUND (PLDPX) | A | Dividend | J | T | Sold (part) | 02/08/19 | J | | |
| 76. | | | | | Sold (part) | 05/23/19 | J | | |
| 77. | | | | | Sold (part) | 09/12/19 | J | | |
| 78. T. ROWE PRICE SMALL CAP VALUE FUND INVESTOR CLASS N/L (PASVX) | A | Dividend | J | T | Sold (part) | 02/08/19 | J | | |
| 79. | | | | | Sold (part) | 05/23/19 | J | | |
| 80. | | | | | Sold (part) | 09/12/19 | J | | |
| 81. WESTERN ASSET TOTAL RETURN UNCONSTRAINED FUND CLS I N/L (WAARX) | A | Dividend | J | T | Sold (part) | 02/08/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 82. | | | | | | Sold<br>(part) | 05/23/19 | J | | |
| 83. | | | | | | Sold<br>(part) | 09/12/19 | J | | |
| 84. | ISHARES TR CORE US AGGBD ET (AGG) | A | Dividend | J | T | Sold<br>(part) | 02/11/19 | J | | |
| 85. | | | | | | Sold<br>(part) | 05/24/19 | J | | |
| 86. | | | | | | Sold<br>(part) | 01/13/19 | J | | |
| 87. | ISHARES TR MIN VOL USA ETF (USMV) | A | Dividend | J | T | Sold<br>(part) | 02/11/19 | J | | |
| 88. | | | | | | Sold<br>(part) | 05/24/19 | J | | |
| 89. | | | | | | Sold<br>(part) | 09/13/19 | J | | |
| 90. | ISHARES TR CORE MSCI EAFE (IEFA) | A | Dividend | J | T | Sold<br>(part) | 02/11/19 | J | | |
| 91. | | | | | | Sold<br>(part) | 05/24/19 | J | | |
| 92. | | | | | | Sold<br>(part) | 09/13/19 | J | | |
| 93. | VANGUARD HIGH DIVIDEND YIELD ETF (VYM) | A | Dividend | J | T | Buy | 11/20/19 | J | | |
| 94. | VANGUARD INDEX FUNDS S&P 500 ETF SHS NEW (VOO) | A | Dividend | J | T | Sold<br>(part) | 02/11/19 | J | | |
| 95. | | | | | | Sold<br>(part) | 05/24/19 | J | | |
| 96. | | | | | | Sold<br>(part) | 09/13/19 | J | | |
| 97. | RETIREMENT & SAVINGS PLAN #1 (H) | | | | | | | | | |
| 98. | VANGUARD INST TR 2035 | | None | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 99. | 529 ACCOUNT #1 (H) | | | | | | | | | |
| 100. | NEST NE 529 AGE BASED GRWTH 15-16 CL A M/F (NEFEA) | | None | | | Sold | 02/06/19 | M | | |
| 101. | NEST NE 529 AGE BASED GRWTH 17-18 CL A M/F (NEFGA) | | None | M | T | Buy | 02/06/19 | M | | |
| 102. | | | | | | Sold (part) | 06/11/19 | J | | |
| 103. | 529 ACCOUNT #2 (H) | | | | | | | | | |
| 104. | NEST NE 529 AGE BASED GRWTH 11-12 CL A M/F (NEEFA) | | None | | | Sold | 07/09/19 | J | | |
| 105. | NEST NE 529 AGE BASED GRWTH 13-14 CL A M/F (NEGFA) | | None | J | T | Buy | 07/09/19 | J | | |
| 106. | 529 ACCOUNT #3 (H) | | | | | | | | | |
| 107. | NEST NE 529 AGE BASED 9-10 (NASGA) | | None | | | Sold | 01/08/19 | K | | |
| 108. | NEST NE 529 AGE BASED 11-12 (NEEFA) | | None | K | T | Buy | 01/08/19 | K | | |
| 109. | | | | | | Buy (add'l) | 02/21/19 | J | | |
| 110. | 529 ACCOUNT #4 (H) | | | | | | | | | |
| 111. | NEST NE 529 AGE BASED 9-10 CL A M/F (NASGA) | | None | K | T | Buy (add'l) | 02/21/19 | J | | |
| 112. | 529 ACCOUNT #5 (H) | | | | | | | | | |
| 113. | NEST NE 529 AGE BASED GRWTH 6-8 CL A M/F (NASTA) | | None | J | T | Buy (add'l) | 02/21/19 | J | | |
| 114. | WHOLE/UNIVERSAL LIFE INSURANCE POLICIES (H) | | | | | | | | | |
| 115. | METLIFE FLEXIBLE PREMIUM VARIABLE LIFE | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 116. NORTHWESTERN MUTUAL LIFE | | None | K | T | | | | | |
| 117. NORTHWESTERN MUTUAL ADJUSTABLE COMP LIFE VAR INVESTMENT POLICY (WHOLE) | C | Dividend | M | T | | | | | |
| 118. NORTHWESTERN MUTUAL US EQUITY LARGE CAP (Y) | | | | | | | | | |
| 119. NORTHWESTERN MUTUAL US EQUITY MID CAP (Y) | | | | | | | | | |
| 120. NORTHWESTERN MUTUAL US EQUITY SMALL CAP (Y) | | | | | | | | | |
| 121. NORTHWESTERN MUTUAL INT'L DEVELOPED MKTS (Y) | | | | | | | | | |
| 122. NORTHWESTERN MUTUAL REAL ESTATE SECURITIES (Y) | | | | | | | | | |
| 123. NORTHWESTERN MUTUAL VARIABLE LIFE INVESTMENT POLICY (H) | | | | | | | | | |
| 124. GOVT MMKT (MSA/BLKRCK) (X) | | None | J | T | | | | | |
| 125. SC GR STK (MSA/WELLINGTON) (X) | | None | J | T | | | | | |
| 126. INTL DEV MKTS (RIF) (X) | | None | K | T | | | | | |
| 127. GLOBAL REAL EST (RIF) (X) | | None | J | T | | | | | |
| 128. DOMESTIC EQ (MSA/DELAWARE) (X) | | None | K | T | | | | | |
| 129. MID CAP VAL (MSA/AMCENT) (X) | | None | K | T | | | | | |
| 130. FOCUSED APR (MSA/LOOMIS) (X) | | None | K | T | | | | | |
| 131. NORTHWESTERN MUTUAL US EQUITY LARGE CAP (Y) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 132. NORTHWESTERN MUTUAL US EQUITY MID CAP (Y) | | | | | | | | | |
| 133. NORTHWESTERN MUTUAL US EQUITY SMALL CAP (Y) | | | | | | | | | |
| 134. NORTHWESTERN MUTUAL INT'L DEVELOPED MKTS (Y) | | | | | | | | | |
| 135. NORTHWESTERN MUTUAL REAL ESTATE SECURITIES (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 115 and 116: These are whole life style policies; they do not have individual underlying investments.

Part VII, line 117: This whole life policy has no underlying assets to report in this cycle, therefore the header has been converted to a standalone asset, and the underlying holdings are will be removed from future reports. No reportable transactions are associated with this change.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kimberly C. Priest Johnson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544